UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER SCOTT MERRILL,

    Plaintiff,

v.

Case No. 2:22-cv-10541
Honorable Linda V. Parker

GRETCHEN WHITMER, ET AL,

    Defendants.
_____/

## OPINION AND ORDER

On April 4, 2022, this Court entered an Opinion and Order of Partial Summary Dismissal as to nine of the thirteen named Defendants. (ECF No. 6.) Despite concluding that Plaintiff failed to state a claim against Elihue Potts, D.D.S. (*id.* at Pg ID 49-50), the Court neglected to include this individual in its list of Defendants being dismissed from the action (*id.* at Pg ID 51). Therefore, the Court now **DISMISSES** Elihue Potts, D.D.S. pursuant to 28 U.S.C. § 1915(e)(2), nunc pro tunc to April 4, 2022.

    **IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: December 19, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 19, 2022, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager

2